**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: TIME WARNER CABLE, INC
TELEPHONE CONSUMER                    **Pending MDL No. 16-61**
PROTECTION ACT ("TCPA")
LITGATION

## CERTIFICATE OF SERVICE

***Clerks of the Court***

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via FedEx two-day delivery on June 14, 2016 to each of the following recipients:

> **Clerk of the Court**
> CENTRAL DISTRICT OF CALIFORNIA
> WESTERN DIVISION
> Spring Street Courthouse
> 312 North Spring Street
> Los Angeles, CA 90012-4701
>
> **Clerk of the Court**
> SOUTHERN DISTRICT OF NEW YORK
> FOLEY SQUARE
> Thurgood Marshall Courthouse
> 40 Foley Square
> New York, NY 10007
>
> **Clerk of the Court**
> CENTRAL DISTRICT OF CALIFORNIA
> EASTERN DIVISION
> Riverside Courthouse
> 3470 Twelfth Street, Room 134
> Riverside, CA 92501-3801
>
> **Clerk of the Court**
> MIDDLE DISTRICT OF FLORIDA
> JACKSONVILLE

Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

**Clerk of the Court**
NORTHERN DISTRICT OF TEXAS
FORT WORTH
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

**Clerk of the Court**
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Santa Ana Courthouse
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-11516

***John Fontes, Damon Byrd, and Gregory Montegna v. Time Warner Cable, Inc., 14-cv-02060-CAS-CW (C.D. Cal.) (filed on March 18, 2014) (the "Fontes Action").***

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

| **Joshua B Swigart**<br>Hyde and Swigart APC<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>Fax: 619-297-1022<br>Email: josh@westcoastlitigation.com | representing | **John Fontes**<br>*(Plaintiff)* |
|---|---|---|
| **Jessica R K Dorman**<br>Hyde and Swigart<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>Fax: 619-297-1022 | representing | **John Fontes, Damon Byrd, and Gregory Montegna**<br>*(Plaintiff)* |

**Seyed Abbas Kazerounian**
Kazerouni Law Group APC
245 Fischer Avenue Suite D1
Costa Mesa, CA 92626
800-400-6808
Fax: 800-520-5523
Email: ak@kazlg.com

representing

**John Fontes**
*(Plaintiff)*

**Todd M Friedman**
Law Offices of Todd M Friedman PC
324 South Beverly Drive Suite 725
Beverly Hills, CA 90212
877-206-4741
866-633-0228 (fax)
tfriedman@toddflaw.com

representing

**John Fontes**
*(Plaintiff)*

**Suren N Weerasuriya**
Law Offices of Todd M Friedman PC
324 South Beverly Drive Suite 725
Beverly Hills, CA 90212
877-206-4741
866-633-0228 (fax)
sweerasuriya@attorneysforconsumers.com

representing

**John Fontes**
*(Plaintiff)*

**Bryan A Merryman**
White and Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071-2433
213-620-7700
Fax: 213-452-2329
Email: bmerryman@whitecase.com

representing

**Time Warner Cable, Inc.**
(Defendant)

**J Jonathan Hawk**
White and Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071
213-620-7700
Fax: 213-452-2329
Email: jhawk@whitecase.com

representing

**Time Warner Cable, Inc.**
(Defendant)

*Allan Johnson v. Time Warner Cable, Inc., 15-cv-06518-LLS (S.D. N.Y.) (filed on August 18, 2015) (the "Johnson Action").*

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

| | | |
|---|---|---|
| **Stephen F. Taylor**<br>Lemberg & Associates L.L.C.<br>1100 Summer Street<br>Fl 3<br>Stamford, CT 06905<br>(203)-653-2250<br>Fax: (203)-653-3424<br>Email: staylor@lemberglaw.com | representing | Allan Johnson<br>*(Plaintiff)* |
| **Jenny Diane DeFrancisco**<br>Lemberg Law, LLC<br>43 Danbury Rd<br>Wilton, CT 06897<br>(203)-653-2250<br>Fax: (203)-653-3424<br>Email: jdefrancisco@lemberglaw.com | representing | Allan Johnson<br>*(Plaintiff)* |
| **Kenneth A. Bloom**<br>Gartner & Bloom, P.C.<br>801 Second Avenue<br>15th Floor<br>New York, NY 10017<br>(212) 759-5800<br>Fax: (212) 759-5842<br>Email: kbloom@gbglaw.com | representing | Time Warner Cable, Inc.<br>(Defendant) |
| **Joseph W. Ozmer , II**<br>Kabat Chapman & Ozmer LLP<br>171 17th Street NW, Suite 1550<br>Atlanta, GA 30363<br>470-447-0600<br>Fax: 470-447-0615<br>Email: jozmer@kcozlaw.com | representing | Time Warner Cable, Inc.<br>(Defendant) |

**Ryan D. Watstein**
Kabat Chapman & Ozmer LLP
171 17th Street Nw, Ste. 1550
Atlanta, GA 30363
(470)-447-0607
Fax: (470)-447-0615
Email: rwatstein@kcozlaw.com

representing

Time Warner Cable, Inc.
(Defendant)

**Shawna Marie Miller**
Kabat Chapman & Ozmer LLP
171 17th Street Nw, Suite 1550
Atlanta, GA 30363
(470)-447-0600
Fax: (470)-447-0615
Email: smiller@kcozlaw.com

representing

Time Warner Cable, Inc.
(Defendant)

**Susan Patricia Mahon**
Gartner & Bloom, P.C.
801 Second Avenue
15th Floor
New York, NY 10017
(212)
Fax: (212)
Email: smahon@gbglaw.com

representing

Time Warner Cable, Inc.
(Defendant)

***Kimberly Constantino v. Time Warner Cable, Inc., 15-cv-08235 (C.D. Cal.) (filed on October 20, 2015) (the "Constantino Action").***

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Trinette Gragirena Kent**
Lemberg Law LLC
10645 North Tatum Boulevard Suite
200-192
Phoenix, AZ 85028
480-247-9644
Fax: 203-653-3424
Email: tkent@lemberglaw.com

representing

**Kimberly Constantion**
*(Plaintiff)*

**Amy E Beverlin**
Kabat Chapman and Ozmer LLP
10866 Wilshire Boulevard Suite 1650
Los Angeles, CA 90024                    representing            **Time Warner Cable, Inc.**
310-613-7050                                                     (Defendant)
Fax: 470-447-0615
Email: abeverlin@kcozlaw.com


**Ryan D Watstein**
Kabat Chapman and Ozmer LLP
171 - 17th Street NW Suite 1550
Atlanta, GA 30363                        representing            **Time Warner Cable, Inc.**
470-447-0600                                                     (Defendant)
Fax: 470-447-0615
Email: rwatstein@kcozlaw.com


**Kristapor Vartanian**
Wargo and French LLP
1888 Century Park East Suite 1520
Los Angeles, CA 90067                    representing            **Time Warner Cable, Inc.**
310-853-6300                                                     (Defendant)
Fax: 310-853-6333
Email: kvartanian@wargofrench.com


***Jason Errington v. Time Warner Cable, Inc., 15-cv-02196-RSWL-DTB (C.D. Cal.) (filed on October 26, 2015) (the "Errington Action").***

    I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Trinette Gragirena Kent**
Lemberg Law LLC
10645 North Tatum Boulevard
Suite 200-192
Phoenix, AZ 85028                        representing            **Jason Errington**
480-247-9644                                                     *(Plaintiff)*
Fax: 203-653-3424
Email: tkent@lemberglaw.com

**Amy E Beverlin**
Kabat Chapman and Ozmer LLP
10866 Wilshire Boulevard Suite
1650
Los Angeles, CA 90024          representing          **Time Warner Cable, Inc.**
310-613-7050                                        (Defendant)
Fax: 470-447-0615
Email: abeverlin@kcozlaw.com

**Ryan D Watstein**
Kabat Chapman and Ozmer LLP
171 - 17th Street NW Suite 1550
Atlanta, GA 30363              representing          **Time Warner Cable, Inc.**
470-447-0600                                        (Defendant)
Fax: 470-447-0615
Email: rwatstein@kcozlaw.com

*Donna Katzenberger v. Time Warner Cable, Inc., 15-cv-00908-BJD-MCR (M.D. Fl.) (filed on July 22, 2015) (the "Katzenberger Action").*

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Octavio Gomez**
Morgan & Morgan, PA
7th Floor
201 N Franklin Street
Tampa, FL 33602              representing          **Donna Katzenberger**
813/223-5505                                        *(Plaintiff)*
Fax: 813/222-4797
Email:
TGomez@ForThePeople.com

**Nathan David Chapman**
Kabat Chapman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363            representing          **Time Warner Cable, Inc.**
470-447-0600                                        (Defendant)
Fax: 470-447-0615
Email: nchapman@kcozlaw.com

**Ryan D Watstein**
Kabat Chapman and Ozmer LLP
171 - 17th Street NW Suite 1550
Atlanta, GA 30363                    representing        **Time Warner Cable, Inc.**
470-447-0600                                             (Defendant)
Fax: 470-447-0615
Email: rwatstein@kcozlaw.com


*Stephanie Knight v. Time Warner Cable, Inc., 15cv-00686-O (N.D. Tex.) (filed on September 14, 2015) (the "Knight Action").*

    I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Jenny Diane DeFrancisco**
Lemberg Law, LLC
43 Danbury Rd
Wilton, CT 06897
(203)-653-2250                       representing        **Stephanie Knight**
Fax: (203)-653-3424                                      *(Plaintiff)*
Email:
jdefrancisco@lemberglaw.com

**Marcia N Jackson**
Wick Phillips Gould & Martin LLP
3131 McKinney Ave
Suite 100
Dallas, TX 75204                     representing        **Time Warner Cable, Inc.**
214/692-6200                                             (Defendant)
Fax: 214/692-6255
Email:
marcia.jackson@wickphillips.com

**Amy E Beverlin**
Kabat Chapman and Ozmer LLP
10866 Wilshire Boulevard Suite
1650
Los Angeles, CA 90024               representing         **Time Warner Cable, Inc.**
310-613-7050                                             (Defendant)
Fax: 470-447-0615
Email: abeverlin@kcozlaw.com

**Lauren Kessler Drawhorn**
Wick Phillips Gould & Martin LLP
100 Throckmorton Street
Suite 500
Fort Worth, TX 76102          representing          **Time Warner Cable, Inc.**
817-332-7788                                         (Defendant)
Fax: 817-332-7789
Email:
lauren.drawhorn@wickphillips.com


**Ryan D Watstein**
Kabat Chapman and Ozmer LLP
171 - 17th Street NW Suite 1550
Atlanta, GA 30363              representing          **Time Warner Cable, Inc.**
470-447-0600                                         (Defendant)
Fax: 470-447-0615
Email: rwatstein@kcozlaw.com


*Isidro Pena v. Time Warner Cable, Inc., 16-cv-00108-AB-SP (C.D. Cal.) (filed on October 26, 2016) (the "Pena Action").*

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Michael Ryan Dufour**
Southwest Legal Group
22440 Clarendon Street Suite 200
Woodland Hills, CA 91367       representing          **Isidro Pena**
818-591-4300                                         *(Plaintiff)*
Fax: 818-591-4315
Email: mdufour@swlegalgrp.com


**Amy E Beverlin**
Kabat Chapman and Ozmer LLP
10866 Wilshire Boulevard Suite
1650                           representing          **Time Warner Cable, Inc.**
Los Angeles, CA 90024                                (Defendant)
310-613-7050
Fax: 470-447-0615
Email: abeverlin@kcozlaw.com

***David Rosenthal v. Time Warner Cable, Inc., 16-cv-00082-JAK-KS (C.D. Cal.) (filed on January 5, 2016) (the "Rosenthal Action").***

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

| | | |
|---|---|---|
| **Trinette Gragirena Kent**<br>Lemberg Law LLC<br>10645 North Tatum Boulevard<br>Suite 200-192<br>Phoenix, AZ 85028<br>480-247-9644<br>Fax: 203-653-3424<br>Email: tkent@lemberglaw.com | representing | **David Rosenthal**<br>*(Plaintiff)* |
| **Amy E Beverlin**<br>Kabat Chapman and Ozmer LLP<br>10866 Wilshire Boulevard Suite 1650<br>Los Angeles, CA 90024<br>310-613-7050<br>Fax: 470-447-0615<br>Email: abeverlin@kcozlaw.com | representing | **Time Warner Cable, Inc.**<br>(Defendant) |

***Don Wolfram v. Time Warner Cable, Inc., 16-cv-00335-SVW-KK (C.D. Cal.) (filed on February 25, 2016) (the "Wolfram Action").***

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

| | | |
|---|---|---|
| **Trinette Gragirena Kent**<br>Lemberg Law LLC<br>10645 North Tatum Boulevard<br>Suite 200-192<br>Phoenix, AZ 85028<br>480-247-9644<br>Fax: 203-653-3424<br>Email: tkent@lemberglaw.com | representing | **Don Wolfram**<br>*(Plaintiff)* |

**Amy E Beverlin**
Kabat Chapman and Ozmer LLP
10866 Wilshire Boulevard Suite
1650
Los Angeles, CA 90024          representing     **Time Warner Cable, Inc.**
310-613-7050                                     (Defendant)
Fax: 470-447-0615
Email: abeverlin@kcozlaw.com

*Raquel S. Mejia, Leona hunter, and Anne Marie Villa v. Time Warner Cable, Inc., 15-cv-06445-JPO (S.D. N.Y.) (filed on August 14, 2015) (the "Mejia Action").*

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Jarrett Lee Ellzey**
Hughes Ellzey, LLP
2700 Post Oak Blvd., Ste. 1120         **Raquel S. Mejia, Leona Hunter, &**
Houston, TX 77056                      **Anne Marie Villa**
(713)-554-2377            representing  *(Plaintiffs)*
Fax: (888)-995-3335
Email: jarrett@hughesellzey.com


**Joshua David Arisohn**
Bursor & Fisher P.A.
888 Seventh Avenue                     **Raquel S. Mejia, Leona Hunter, &**
New York, NY 10019                     **Anne Marie Villa**
646-837-7150             representing   *(Plaintiffs)*
Fax: 212-989-9163
Email: jarisohn@bursor.com


**Aaron Siri**
Siri & Glimstad LLP
120 East 31st Street
New York, NY 10016                     **Raquel S. Mejia**
(212) 532-1091           representing   *(Plaintiff)*
Fax: (646) 417-5967
Email: aaron@sirillp.com

**Matthew A. Brill**
Latham & Watkins LLP (DC)
555 Eleventh Street, Nw, Suite
1000
Washington, DC 20004          representing          **Time Warner Cable, Inc.**
(202)-637-1095                                      (Defendant)
Fax: (202) 637-2201
Email: matthew.brill@lw.com

**Peter Lee Winik**
Latham & Watkins LLP (DC)
555 Eleventh Street, Nw, Suite
1000
Washington, DC 20004          representing          **Time Warner Cable, Inc.**
(202)-637-2200                                      (Defendant)
Fax: (202)-637-2201
Email: peter.winik@lw.com

**Andrew D. Prins**
Latham & Watkins LLP (DC)
555 Eleventh Street, Nw, Suite
1000
Washington, DC 20004          representing          **Time Warner Cable, Inc.**
(202)-637-2200                                      (Defendant)
Fax: (202)-637-2201
Email: andrew.prins@lw.com


*Vanessa Miller v. Time Warner Cable, Inc., 16-cv-00329-CAS-AS (C.D. Cal.) (filed on February 24, 2016) (the "Miller Action").*

I hereby certify that copies of the foregoing Motion, Brief, Schedule of Actions, Scheduled Actions 1-11, and this Certificate of Service were served via email through the CM/ECF system on June 14, 2016 to each of the following ECF recipients:

**Joseph J Siprut**
Siprut PC
17 North State Street Suite 1600
Chicago, IL 60602            representing          **Vanessa Miller**
312-236-0000                                      *(Plaintiff)*
Fax: 312-878-1342
Email: jsiprut@siprut.com

**Richard L Miller , II**
Siprut PC
17 North State Street Suite1600
Chicago, IL 60602          representing          **Vanessa Miller**
312-236-0000                                     *(Plaintiff)*
Fax: 312-878-1342
Email: rmiller@siprut.com

**Robert Ahdoot**
Ahdoot and Wolfson PC
1016 Palm Avenue
West Hollywood, CA 90069
310-474-9111              representing          **Vanessa Miller**
Fax: 310-474-8585                               *(Plaintiff)*
Email:
rahdoot@ahdootwolfson.com

**Tina Wolfson**
Ahdoot and Wolfson PC
1016 Palm Avenue
West Hollywood, CA 90069
310-474-9111              representing          **Vanessa Miller**
Fax: 310-474-8585                               *(Plaintiff)*
Email:
twolfson@ahdootwolfson.com

**Alexandra A Roje**
Latham and Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560   representing       **Time Warner Cable, Inc.**
213-485-1234                                    (Defendant)
Fax: 213-891-8763
Email: alex.roje@lw.com

**Andrew D Prins**
Latham and Watkins LLP
555 Eleventh Street NW Suite 1000
Washington, DC 20004         representing       **Time Warner Cable, Inc.**
202-637-2200                                    (Defendant)
Fax: 202-637-2201
Email: andrew.prins@lw.com

**Matthew A Brill**
Latham and Watkins LLP
555 Eleventh Street NW Suite 1000
Washington, DC 20004-1304      representing      **Time Warner Cable, Inc.**
202-637-2200                                      (Defendant)
Fax: 202-637-2201
Email: matthew.brill@lw.com

**Peter L Winik**
Latham and Watkins LLP
555 Eleventh Street NW Suite 1000
Washington, DC 20004-1304      representing      **Time Warner Cable, Inc.**
202-637-2200                                      (Defendant)
Fax: 202-637-2201
Email: peter.winik@lw.com


    I declare under penalty of perjury of the laws of the United States that the foregoing is true

and correct.

                              Respectfully Submitted,

Dated: June 14, 2016               */s/ Abbas Kazerounian*
                               By: Abbas Kazerounian
                               *ak@kazlg.com*

                               **Kazerouni Law Group**
                               245 Fischer Avenue, Unit D1
                               Costa Mesa, CA 92626
                               Tel: 800-400-6808  Ext: 2
                               Fax: 800-520-5523

                               Joshua B. Swigart, Esq. (SBN: 225557)
                               josh@westcoastlitigation.com
                               **Hyde & Swigart**
                               2221 Camino Del Rio South, Suite 101
                               San Diego, CA 92108
                               Tel: (619) 233-7770
                               Fax: (619) 297-1022


                               **LAW    OFFICES    OF    TODD    M. FRIEDMAN**, P.C.

Todd M. Friedman (SBN 216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com

**_Attorneys for John Fontes, Daymon Bryd, and Gregory Montegna_**